UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV1516(CFD) |
| Plaintiff, | : | |
| | : | |
| v. | : | US DISTRICT COURT HARTFORD CT |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
| Defendants | : | October 14, 2003 |

## DEFENDANTS' MOTION FOR STATUS CONFERENCE AND MOTION TO MODIFY THE SCHEDULING ORDER

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting a status conference and motion to modify the Scheduling Order to reset the deadline for filing dispositive motions to and including January 30, 2004.  In support of their motion, the defendants, through counsel, represent the following:

1.    The operative Scheduling Order has set the discovery deadline for May 30, 2003 and deadline for filing dispositive motions for June 30, 2003 (Endorsement 51-1, dated April 23, 2003).

2.    Prior to the close of discovery, six pending motions were before the Court. They are:

A.    The defendants filed a motion for enlargement of time (Doc. # 56, filed May 27, 2003) resetting the discovery deadline for July 30, 2003 and for filing of dispositive motions to August 30, 2003.  That motion is still pending.

B.     The defendants filed a motion for enlargement of time to complete discovery and filing of dispositive motions to August 30, 2003 and September 30, 2003, respectively (Doc. # 59, filed July 18, 2003). That motion is still pending.

C.     The plaintiff filed a motion for protective order to quash a subpoena and deposition of Ms. Fae Brown-Brewton (Doc. # 55). The defendants filed their objection to same (Doc. # 57). The plaintiff's motion for protective order is still pending.

D.     The defendants filed their objection to plaintiff's financial affidavit and incorporated a motion to strike plaintiff's financial affidavit (Doc. # 58, filed July 16, 2003) in connection with plaintiff's motion to waive security bond. Despite two court orders (Endorsement 39-1, dated February 28, 2003 and Endorsement 47-1, dated April 23, 2003), the plaintiff continues to object to posting a $500 security for bond. The defendants motion to strike plaintiff's financial affidavit is still pending. Concurrently, the plaintiff has refused to post the bond as ordered.

E.     The plaintiff filed a motion to consolidate (Doc. # 60, dated July 30, 2003) the above-captioned matter with Docket No. 3:02CV223(CFD). The defendants filed their objection (Doc. # 61) and the motion is still pending.

F.     The above-captioned matter was transferred to the Honorable Judge Christopher F. Droney on August 29, 2003 (Doc. # 62).

3.      Defendants' counsel respectfully submits that the defendants cannot file summary judgment until the Court rules on the motion for protective order and plaintiff's motion to consolidate.

4.      The Court ruled on September 28, 2003 (Endorsement 41-1) denying plaintiff's motion to Amend an Amended Complaint. The ruling, however, was without prejudice to the plaintiff filing a subsequent motion to amend the complaint.

5.      If the plaintiff is allowed to file a Second Amended Complaint, he will raise several new issues that will necessitate the reopening of discovery.

6.      Pursuant to Local Rule 7(b), the undersigned attempted to contact the pro se plaintiff and has been unable to ascertain his position on this motion.

WHEREFORE, the defendants respectfully request a status conference be held in regard to the pending motions before the Court and a motion modifying the Scheduling Order, resetting the deadline for filing dispositive motions to January 30, 2004.

DEFENDANTS,

CENTRAL CONNECTICUT STATE
UNIVERSITY, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____

Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel:  (860) 808-5340
Fax:  (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this    14th    day of October, 2003 a copy

of the aforementioned Motion for Status Conference and Motion to Modify the

Scheduling Order was sent by First Class United States mail, first class postage prepaid

to:

    Jewel E. Brown, Pro Se
    21 Brewster Road
    South Windsor, CT  06074

_____

Joseph A. Jordano
Assistant Attorney General

4