IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 2 '04
~~2003 DEC 31~~ A 10: 50
DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| Jewel E. Brown,<br>PLAINTIFF. | )<br>)<br>) |
| VS    Docket # 3:02CV1516 (~~SRU~~ CFD) | )<br>)<br>) |
| The State of Connecticut, et al.,<br>DEFENDANTS. | )<br>)<br>) December 31, 2003 |

| | |
|---|---|
| Jewel E. Brown,<br>PLAINTIFF. | )<br>)<br>) |
| VS    ~~Docket # 3:02CV223 (CFD)~~ | )<br>)<br>) |
| The State of Connecticut, et al.<br>DEFENDANTS | )<br>)<br>) December 31, 2003 |

COME NOW, the plaintiff pursuant to Local Rule of Court 8(b) and the appropriate Rule of the Federal Rules of Civil Procedure and moves the court to continue the Status Conferences presently scheduled to commence in the above numbered and captioned proceedings on Monday, January 5, 2004 at 4:00pm to January 20, 2004 or after and in support of said motion, plaintiff alleges and states as follows:

(1) That said status conferences were continued to January 5, 2004 in order for plaintiff to ascertain whether plaintiff would employ the services of an attorney.

(2) That since the date of the original conferences plaintiff has been unable to finalize the employment process despite diligent efforts on plaintiff's behalf due to a number of reasons including the holiday season and the fact that

[handwritten marginalia: "1/5/04", "Granted. So ordered. /s/ [illegible]"]