UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| JEWEL E. BROWN,<br>Plaintiff, | CASE NO. 3:02CV1516(CFD) |
| v. | 2004 JAN 14  P 1: 58<br>U.S. DISTRICT COURT<br>HARTFORD, CT. |
| CENTRAL CONNECTICUT STATE<br>UNIVERSITY, DR. RICHARD JUDD,<br>RICHARD BACHOO and<br>CAROLYN MAGNAN<br>Defendants | January 13, 2004 |

### DEFENDANTS' MOTION FOR STATUS CONFERENCE AND MOTION TO MODIFY THE SCHEDULING ORDER

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting a date certain for a status conference and motion to modify the Scheduling Order to reset the deadline for filing dispositive motions. In support of their motion, the defendants, through counsel, represent the following:

1. The operative Scheduling Order set the discovery deadline for May 30, 2003 and deadline for filing dispositive motions for June 30, 2003 (Endorsement 51-1, dated April 23, 2003).

2. A telephonic status conference was scheduled for December 11, 2003 (Doc. # 65). At said time, the pro se plaintiff requested a postponement in order to allow him time to retain counsel.

3. The status conference was rescheduled for January 5, 2004. (Docket entry dated December 16, 2003).

4. The plaintiff apparently filed a motion for a continuance of said status conference (Doc. # 66) on the grounds that he was seeking to retain counsel. Counsel for the defendants never received a copy of said motion (see attached letter dated January 7, 2004).

5. Plaintiff's motion was granted (Doc. # 67, January 5, 2004) and said status conference is now scheduled to be held some time after January 20, 2004. No date certain has been set.

6. The Court denied plaintiff's motion for leave to file a Second Amended Complaint (Doc. # 63, September 26, 2003) inasmuch as "The Court cannot discern whether the plaintiff intends the proposed Second Amended Complaint to replace the operative complaint or merely to supplement it." The ruling was without prejudice to the plaintiff's filing a motion for leave to file a comprehensive amended complaint. To date, no amended complaint has been filed.

7. There are several motions that remain pending, including plaintiff's motion for a protective order (Doc. # 55); defendants' motion to strike plaintiff's financial affidavit (Doc. # 58); and plaintiff's motion to consolidate (Doc. # 60, dated July 30, 2003) the above-captioned matter with Docket No. 3:02CV0223(CFD).

8. Defendants' counsel cannot file summary judgment until the Court rules on the outstanding pending motions.

9. Pursuant to Local Rule 7(b), the undersigned attempted to contact the pro se plaintiff and has been unable to ascertain his position on this motion.

WHEREFORE, the defendants respectfully request an extension of time for filing dispositive motions until such time as a status conference be held and a new Scheduling Order can be set.

DEFENDANTS,

CENTRAL CONNECTICUT STATE UNIVERSITY, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ____ day of January, 2004 a copy of the aforementioned Motion for Status Conference and Motion to Modify the Scheduling Order was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____
Joseph A. Jordano
Assistant Attorney General

3

RICHARD BLUMENTHAL
ATTORNEY GENERAL



55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
## State of Connecticut

January 7, 2004

Mr. Jewel E. Brown
21 Brewster Road
South Windsor, CT 06047

      RE: Brown v. CHRO, et al.
        Brown v. CCSU, et al.

Dear Mr. Brown:

Please send me a copy of the recent motion for a continuance that you filed with the federal court. Contrary to your phone message, I did not receive a fax copy of your motion. For your information, my fax number is 808-5383.

I will not agree to any further extensions of the status conference. I believe that you have now had ample time to retain an attorney. Thank you.

         Very truly yours,

         Joseph A. Jordano
         Assistant Attorney General