UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| JEWEL E. BROWN,<br>Plaintiff, | CASE NO. 3:02CV1516(CFD)<br><br>U.S. DISTRICT COURT<br>HARTFORD, CT. |
| v. | |
| CENTRAL CONNECTICUT STATE<br>UNIVERSITY, DR. RICHARD JUDD,<br>RICHARD BACHOO and<br>CAROLYN MAGNAN<br>Defendants | January 26, 2004 |

**DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER**

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting a modification of the Scheduling Order resetting the deadline for filing dispositive motions no earlier than ninety (90) days after a status conference has been held in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

1. The operative Scheduling Order has set the discovery deadline for May 30, 2003 and deadline for filing dispositive motions for June 30, 2003 (Endorsement 51-1, dated April 23, 2003).

2. Prior to the close of discovery and deadline for filing dispositive motions, pending motions were before the Court. Among them was:

    A. The defendants filed a Motion for a Status Conference and for resetting the deadline for filing dispositive motion to January 30, 2004 (Doc. # 64). That motion is pending.

3.    A status conference was scheduled for January 23, 2004 but was postponed due to the unavailability of the Court.

4.    Defendants' counsel cannot file summary judgment until the Court rules on outstanding motions as illustrated in its motion dated January 14, 2004 (Doc. # 68).

5.    Pursuant to Local Rule 7(b), the undersigned contacted the pro se plaintiff and he has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request the Court reset the deadline for filing of dispositive motions no earlier than ninety (90) days after a status conference has been held.

DEFENDANTS,

CENTRAL CONNECTICUT STATE UNIVERSITY, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: /s/ Joseph A. Jordano

Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 26th day of January, 2004 a copy of the aforementioned Motion to Modify the Scheduling Order was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT 06074

/s/ Joseph A. Jordano

Joseph A. Jordano
Assistant Attorney General

3