02-cv1516 mtnstt

68

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JEWEL E. BROWN,
    Plaintiff,

v.

CENTRAL CONNECTICUT STATE
UNIVERSITY, DR. RICHARD JUDD,
RICHARD BACHOO and
CAROLYN MAGNAN
    Defendants

CASE NO. 3:02CV1516(CFD)

2004 JAN 14 ⊃

U.S. DIST   T COURT
HARTF   D. CT.

January 13, 2004

Denied as moot, without prejudice. So ordered.
CFD 1/28/04

## DEFENDANTS' MOTION FOR STATUS CONFERENCE AND MOTION TO MODIFY THE SCHEDULING ORDER

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting a date certain for a status conference and motion to modify the Scheduling Order to reset the deadline for filing dispositive motions. In support of their motion, the defendants, through counsel, represent the following:

1.    The operative Scheduling Order set the discovery deadline for May 30, 2003 and deadline for filing dispositive motions for June 30, 2003 (Endorsement 51-1, dated April 23, 2003).

2.    A telephonic status conference was scheduled for December 11, 2003 (Doc. # 65). At said time, the pro se plaintiff requested a postponement in order to allow him time to retain counsel.

3.    The status conference was rescheduled for January 5, 2004. (Docket entry dated December 16, 2003).