IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

Jewel E. Brown, )
Plaintiff, )
)
VS      Docket # 3:02CV1516(CFD) )
)
)
)
Central Connecticut State University, et al; )
Defendants. ) February 11, 2004

## PLAINTIFF'S PROPOSAL TO MODIFY SCHEDULING ORDER AND TO RESOLVE PENDING MOTIONS

COMES NOW, the Plaintiff pursuant to the Court's directive of January 28, 2004 and make the following proposal to modify the current Scheduling Order and to resolve all pending motions.

### MOTION FOR PROTECTIVE ORDER

Plaintiff shall withdraw his Motion For a Protective Order and in the event Plaintiff shall renew his Motion to Amend his pleading and defendants shall seek to depose Plaintiff's spouse, defendants shall be allowed to proceed with the taking of the witness deposition subject to plaintiff asserting any objections in the form of privileges that plaintiff deems appropriate. The court, in accordance with the applicable Federal Rules of Evidence and/or Civil Procedures, shall resolve any such objections.

### MOTION TO CONSOLIDATE

Plaintiff's Motion to consolidate this case with the case of Brown v. CCSU, et al., Docket Number 3:02CV223(CFD) will be stayed or held in abeyance in

accordance with the terms of the Modified Scheduling Order in case # 3:02CV223(CFD).

### DISCOVERY

The parties shall complete discovery by August 30, 2004.

### DISPOSITIVE MOTIONS

All dispositive motions shall be filed on or before October 30, 2004.

### SECURITY BOND

Defendants' Motion for Plaintiff to post a Security Bond shall be stayed or held in abeyance until after the Court rules on Plaintiff's Motion to Consolidate this case with the Case of <u>Brown v. CHRO, et al.</u>, and shall thereafter post such bond as the Court may order.

PLAINTIFF
By: _____
Jewel E. Brown, Pro se
21 Brewster Road
South Windsor, CT o6074
Phone (860) 543-9806 or (860) 644-5379
Fax (860) 644-6551
Employmentpa@aol.com

### CERTIFICATE OF SERVICE

Plaintiff hereby certifies that he has caused a copy of the foregoing going pleading to be served upon Defendants' Attorneys this 11th day of February 2004 by depositing a copy of the same in U. S. mail, postage prepaid and addressed to Defendants' Attorneys' address shown of record in this matter.

Respectfully submitted
By: _____
Jewel Brown, pro se

2