UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN | : | CASE NO. 3:02CV1516 (CFD) |
| Plaintiff, | : | |
| v. | : | |
| CENTRAL CONNECTICUT STATE UNIVERSITY, et al. | : | |
| Defendants. | : | FEBRUARY 13, 2004 |

**DEFDENDANTS' PROPOSED RESOLUTION OF PENDING MOTIONS AND FOR A REVISED SCHEDULING ORDER**

COME NOW the defendants and represent to the court that counsel for the defendants and the plaintiff, Jewel Brown, have corresponded repeatedly by mail. Although it appears that some matters between the parties can be resolved, several issues remain including the issue of the plaintiff filing an amended complaint that will serve as the operative pleading in the CHRO case, which has not been resolved. Therefore, pursuant to the court's directive of January 28, 2004, the defendants propose the following resolution of the pending motions pertinent to this case:

1.  SCHEDULING ORDER

   A:   All discovery be completed by **August 30, 2004** (as proposed by the plaintiff).

   A.   All dispositive motions shall filed by **October 30, 2004** (as proposed by the plaintiff)**.**

2.     PROTECTIVE ORDER

The plaintiff's motion for protective order quashing the deposition of Fae Brewton-Brown be denied, without prejudice. (Plaintiff indicated his agreement to withdraw the motion). During the deposition of Fae Brewton-Brown the plaintiff may assert the martial privilege to specific questions if it applies. The parties may then seek a court ruling on those questions objected to on the basis of privilege. The deposition of Fae Brewton-Brown shall be conducted by **April 30, 2004.**

3.     MOTION TO CONSOLIDATE

The plaintiff's motion to consolidate this case with case Brown v. CHRO, et al., No. 3:02CV0223(CFD) should be stayed until the issues regarding the pleadings in Brown v. CHRO case are resolved (as proposed by the plaintiff).

4.     SECURITY BOND

If the plaintiff has not done so he will file a security bond of $500.00 with the court by **April 30, 2004**. (Not agreed to by the parties).

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     _____
Joseph A. Jordano (ct 21487)
Assistant Attorney General
55 Elm Street, P. O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## CERTIFICATION

The undersigned does hereby certify that on this 13th day of February 2004, a true and accurate copy of the foregoing was sent by first class United States mail, postage prepaid, to:

Jewel E. Brown
21 Brewster Street
South Windsor, CT 06074

_____
Joseph A. Jordano
Assistant Attorney General