IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Jewel E. Brown,  )
PLAINTIFF.  )
  )   2003 MAY 21 P 2: 43
VS    Docket # 3:02CV1516 (SRU)  )
  )   US DISTRICT COURT
The State of Connecticut, et al.  )   BRIDGEPORT CT
DEFENDANTS.  )
  )
_____ ) May 15, 2003

**PLAINTIFF'S MOTION AND SUPPORTING MEMORANDUM**
**FOR PROTECTIVE ORDER**

Comes now, the plaintiff, and respectfully moves this Court for a Protective Order together with appropriate sanctions to be imposed upon defendants and/or their attorney pursuant to Federal Rule of Civil Procedure 26(c) and Rule 37(a)(2) of the District of Connecticut Local Civil Rules precluding the Defendants from proceeding to take the deposition of Ms. Fae Brown-Brewton, a non party and the plaintiffs spouse and, in support of said motion, plaintiff alleges and states as follows:

(1) Plaintiff learned within the last five to ten days that defendants, acting through their attorney, had caused to be served upon plaintiff's spouse[1], Fae Brown-Brewton, a non-party to this action, both a Notice of Defendants' Intent to take her deposition in accordance with Rule 30, FRCP, and a subpoena compelling her attendance in accordance with Rule 45. FRCP.

---

[1] Defendant, CCSU, employed Brown-Brewton in its Labor Law attorney position sometime in 2002.

DENIED, without prejudice, by agreement. See Docs. # 71 and 72. So ordered.

Christopher F. Droney
United States District Judge
3/24/04