DENIED as moot, in light of the pending requests for a revised scheduling order. See Docs. # 71 and 72. So ordered.

Christopher F. Droney
United States District Judge
3/24/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN,<br>*Plaintiff* | : CIVIL ACTION NO. 3:02CV1516(SRU)<br>:<br>: |
| v. | : |
| CENTRAL CONNECTICUT STATE<br>UNIVERSITY, DR. RICHARD JUDDD,<br>RICHARD BACHOO &<br>CAROLYN MAGNAN<br>*Defendants* | :<br>:<br>:<br>:<br>: May 20, 2003 |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the defendant, through counsel respectfully requesting for an enlargement of time of sixty (60) days to extend the time for discovery and filing of dispositive motions until July 30, 2003 and August 30, 2003, respectively.

1.  The current deadline for the close of discovery is May 30, 2003 and for filing dispositive motions for June 30, 2003 (Endorsement 51-1, dated April 23, 2003).

2.  The plaintiff filed a Motion to Amend Amended Complaint (Doc. # 41) with the Court on February 20, 2003.

3.  Plaintiff has subsequently filed a Memorandum in Support of Motion to Amend Amended Complaint (Doc. # 48, March 26, 2003) and Corrected, Modified and Substituted Memorandum in Support of Support Memorandum Motion to Amend Amended Complaint (Doc. # 50, April 4, 2003).