*[Margin annotation:]* GRANTED, as modified. The plaintiff is hereby ORDERED to file an up to date affidavit by April 26, 2004. So ordered.
Christopher F. Droney
United States District Judge

FILED 2003 JUL 16 P 12: 22
US DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN | CASE NO. 3:02CV1516 (SRU) |
| Plaintiff, | |
| CENTRAL CONNECTICUT STATE UNIVERSITY, ET. AL., | |
| Defendants | JULY 15, 2003 |

**DEFENDANTS OBJECTION TO AND MOTION TO STRIKE PLAINTIFF'S FINANICAL AFFIDAVIT**

COMES NOW the defendants and object to the plaintiff's financial affidavit in support of his motion to waive the security bond because the plaintiff has materially mislead the court through the omission of income to his family from his spouses' sizable income.

Plaintiff submitted an affidavit[1] that created the impression that his sole source of income for his daily sustenance was $18,000 a year. (Paragraph 7). However, omitted from the plaintiff's affidavit is the fact that his wife contributes to the family income from a salary of approximately $96,000 a year. Plaintiff's joint family income (if the plaintiff's $18,000 income is accurate) is estimated to be about $114,000 for 2002-03.

Furthermore, the plaintiff has failed to provide any explanation for his financial debt given his spouse's salary and joint family income of over $100,000. Plaintiff admits

---

[1] Plaintiff did not provide a copy of his financial affidavit to defense counsel as required by the F.R.C.P. Defense counsel discovered the affidavit when he was checking the court docket sheet to see if the court ruled on several pending motions. The court clerk kindly sent defense counsel a copy of the affidavit on July 11, 2003.

1