DENIED as moot in light of the pending requests for a revised scheduling order. See Docs. # 71 and 72. So ordered.

Christopher F. Droney
United States District Judge
3/24/04

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 JUL 18 P 12: 46

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| JEWEL E. BROWN, *Plaintiff* | : CIVIL ACTION NO. 3:02CV1516(SRU) |
| v. | : |
| CENTRAL CONNECTICUT STATE UNIVERSITY, DR. RICHARD JUDDD, RICHARD BACHOO & CAROLYN MAGNAN *Defendants* | : <br> : <br> : <br> : July 17, 2003 |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY AND FILE MOTION FOR SUMMARY JUDGMENT

COMES NOW, the defendants, through counsel respectfully requests an enlargement of time of thirty (30) days to extend the time for the discovery deadline and filing of dispositive motions to August 30, 2003 and September 30, 2003, respectively. The defendants in support of their motion represents as follows:

1. The current deadline for the close of discovery was May 30, 2003 and for filing dispositive motions for June 30, 2003 (Endorsement 51-1, dated April 23, 2003).

2. The defendants filed a timely motion for enlargement of time on or about May 27, 2003 (Doc. # 56), requesting an enlargement of time for the discovery deadline to July 30, 2003 and for filing of dispositive motions to August 30, 2003.

3. The defendants' motion for enlargement of time is still pending.