IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 JUL 30 P 12: 50

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| Jewel E. Brown, PLAINTIFF. | ) |
| VS    Docket # 3:02CV1516 (SRU) | ) |
| The State of Connecticut, et al., DEFENDANTS. | ) |
| | ) July 28, 2003 |

| | |
|---|---|
| Jewel E. Brown, PLAINTIFF. | ) |
| VS    Docket # 3:02CV223 (CFD) | ) |
| The State of Connecticut, et al. DEFENDANTS. | ) |
| | ) July 28, 2003 |

### PLAINTIFF'S MOTION TO CONSOLIDATE, SECURITY BOND IMPLEMENTATION RELIEF AND SUPPORTING MEMORANDUM

COMES NOW, the plaintiff pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Rule 42 of the District of Connecticut, Local Civil Rules and moves the court for an order consolidating the CCSU action into the CHRO action and in support of said motion plaintiff alleges and states as follows:

(1) Plaintiff filed the original of these lawsuits, Brown v. CHRO, on or about the 6th day of February 2002 and the second, Brown v. CCSU, on or about the 29th day of August 2002. **[See: plaintiff's Exhibits 1 & 2]**

(2) In the CHRO complaint, plaintiff alleged that defendant, State of Connecticut, acting through its Commission On Human Rights and Opportunities, subjected him to various acts of illegal discrimination.

DENIED without prejudice. So ordered.

Christopher F. Droney
United States District Judge
3/24/04