UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, <br> Plaintiff, | : | CASE NO. 3:02CV1516(CFD) |
| v. | : | |
| CENTRAL CONNECTICUT STATE <br> UNIVERSITY, DR. RICHARD JUDD, <br> RICHARD BACHOO and <br> CAROLYN MAGNAN <br> Defendants | : <br> : <br> : <br> : | October 14, 2003 |

### DEFENDANTS' MOTION FOR STATUS CONFERENCE AND MOTION TO MODIFY THE SCHEDULING ORDER

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting a status conference and motion to modify the Scheduling Order to reset the deadline for filing dispositive motions to and including January 30, 2004. In support of their motion, the defendants, through counsel, represent the following:

1. The operative Scheduling Order has set the discovery deadline for May 30, 2003 and deadline for filing dispositive motions for June 30, 2003 (Endorsement 51-1, dated April 23, 2003).

2. Prior to the close of discovery, six pending motions were before the Court. They are:

   A. The defendants filed a motion for enlargement of time (Doc. # 56, filed May 27, 2003) resetting the discovery deadline for July 30, 2003 and for filing of dispositive motions to August 30, 2003. That motion is still pending.

The motion for status conference is GRANTED, nunc pro tunc. The Motion to modify the scheduling order is DENIED, as moot," in light of subsequent filings. So ordered.

Christopher F. Droney
United States District Judge
8/17/04