UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT FILED

JEWEL E. BROWN,
    Plaintiff,

v.

CENTRAL CONNECTICUT STATE
UNIVERSITY, DR. RICHARD JUDD,
RICHARD BACHOO and
CAROLYN MAGNAN
    Defendants

:  CASE NO. 3:02CV1516(CFD)

:  U.S. DISTRICT COURT
:  HARTFORD, CT.

:  January 26, 2004

## DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER

COMES NOW, defendants Central Connecticut State University, Dr. Richard

Judd, Richard Bachoo and Carolyn Magnan requesting a modification of the Scheduling

Order resetting the deadline for filing dispositive motions no earlier than ninety (90) days

after a status conference has been held in the above-captioned matter.  In support of

their motion, the defendants, through counsel, represent the following:

    1.    The operative Scheduling Order has set the discovery deadline for May

30, 2003 and deadline for filing dispositive motions for June 30, 2003 (Endorsement 51-

1, dated April 23, 2003).

    2.    Prior to the close of discovery and deadline for filing dispositive motions,

pending motions were before the Court.  Among them was:

    A.    The defendants filed a Motion for a Status Conference and for

resetting the deadline for filing dispositive motion to January 30, 2004

(Doc. # 64).  That motion is pending.

DENIED as moot in light of subsequent filings. So ordered.

Christopher F. Droney
United States District Judge
8/17/04