UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JEWEL E. BROWN,
    Plaintiff,

2004 AUG 17 P 5: 24

v.

Civil Action No.
3:02 CV 1516 (CFD)

U.S. DISTRICT COURT
HARTFORD, CT.

STATE OF CONNECTICUT,
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES, et al.
    Defendants.

### ORDER

The Court hereby enters the following scheduling order in response to the parties' proposed scheduling orders. See Docs. # 71 and 72.

The plaintiff is ordered to file a security bond of $500.00 with the Court by **August 30, 2004**. The plaintiff is also ordered to file an amended complaint, containing all the claims asserted against the defendants, by **September 15, 2004**. All discovery shall be completed by **September 30, 2004** and all dispositive motions shall be filed by **November 30, 2004**.

The clerk is hereby ordered to terminate the pending motions in Documents ## 71 and 72.

SO ORDERED this 17th day of August 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE