UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO.  3:02CV1516(CFD) |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
|    Defendants | : | October 26, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE SUMMARY JUDGMENT AND A STATUS CONFERENCE**

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting an extension of time to and including December 30, 2004 in which to file their dispositive motion in the above-captioned matter. The defendants further request a status conference.  In support of their motion, the defendants, through counsel, represent the following:

1.	An Order issued by the Court on August 17, 2004 set the discovery deadline for September 30, 2004 and deadline for filing dispositive motions for November 30, 2004  (Doc. # 80).

2.	The Order of August 17, 2004 (Doc. # 80) also stated that the plaintiff was to file a security bond of $500.00 with the Court by **August 30, 2004** and the plaintiff was ordered "to file an amended complaint, containing all the claims asserted against the defendants, by **September 15, 2004**.

3.	Since the issuance of these two order, the plaintiff has included his claim against these defendants within his Amended Substituted Complaint in the case of Brown

v. CHRO, 3:02CV0223(CFD), despite a court order denying his request to consolidate these cases dated March 24, 2004 (Doc. # 77).

    4.    There is currently pending before the court in the Brown v. CHRO case several motions including: (1) plaintiff's motion for clarification; (2) plaintiff's motion to extend discovery and certain deadlines; and (3) defendants' motion to make the Amended Complaint more certain.

    5.    It is critical for the defendants to know if the court will permit the plaintiff to proceed against the defendants in this case or in his case against CHRO.

    6.    The pleadings in these two cases need to be straightened out and the defendant therefore request a status conference with the court.

    7.    Pursuant to Local Rule 7(b), the undersigned conferred with the plaintiff by phone and there is NO OBJECTION to this motion.

    WHEREFORE, the defendants respectfully request an extension of time for filing a dispositive motion until December 30, 2004 in the above case and an immediate status conference so the pending motions can be addressed and the cases can be put on track

        DEFENDANTS,

        CENTRAL CONNECTICUT STATE
        UNIVERSITY, ET AL.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

By: _____
     Joseph A. Jordano
     Assistant Attorney General
     Federal Bar # ct21487
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-1020
     Tel: (860) 808-5340
     Fax: (860) 808-5383
     E-mail address:
     Joseph.Jordano@po.state.ct.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of October, 2004 a copy of the aforementioned Motion for Extension of Time to File Summary Judgment and a Status Conference was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT 06074

_____
Joseph A. Jordano
Assistant Attorney General