UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JEWEL E. BROWN,                          :     CASE NO. 3:02CV01516(CFD) II: 53
    Plaintiff,                           :
                                         :     U.S. DISTRICT COURT
v.                                       :        HARTFORD, CT.
                                         :
CENTRAL CONNECTICUT STATE                :
UNIVERSITY, DR. RICHARD JUDD,            :
RICHARD BACHOO and                       :
CAROLYN MAGNAN                           :
    Defendants                           :     October 26, 2004

## DEFENDANTS' MOTION FOR EXTENSION
## OF TIME TO FILE SUMMARY JUDGMENT AND A STATUS CONFERENCE

COMES NOW, defendants Central Connecticut State University, Dr. Richard

Judd, Richard Bachoo and Carolyn Magnan requesting an extension of time to and

including December 30, 2004 in which to file their dispositive motion in the above-

captioned matter. The defendants further request a status conference.  In support of their

motion, the defendants, through counsel, represent the following:

    1.    An Order issued by the Court on August 17, 2004 set the discovery

deadline for September 30, 2004 and deadline for filing dispositive motions for

November 30, 2004  (Doc. # 80).

    2.    The Order of August 17, 2004 (Doc. # 80) also stated that the plaintiff

was to file a security bond  of $500.00 with the Court by **August 30, 2004** and the

plaintiff was ordered "to file an amended complaint, containing all the claims asserted

against the defendants, by **September 15, 2004**.

    3.    Since the issuance of these two order, the plaintiff has included his claim

against these defendants within his Amended Substituted Complaint in the case of <u>Brown</u>