UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


JEWEL E. BROWN,                          :     CASE NO.  3:02CV1516(CFD)
   *Plaintiff,*                            :
                                 :
v.                                       :
                                 :
CENTRAL CONNECTICUT STATE                :
UNIVERSITY, DR. RICHARD JUDD,            :
RICHARD BACHOO and                       :
CAROLYN MAGNAN                           :
   *Defendants*                            :     December 2, 2004

### DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

COMES NOW, defendants Central Connecticut State University, Dr. Richard

Judd, Richard Bachoo and Carolyn Magnan requesting an order extending the discovery

deadline to May 30, 2005 and deadline for filing of dispositive motions to July 15, 2005.

In support of their motion, the defendants, through counsel, represent the following:

1.      An Order issued by the Court on August 17, 2004 set the discovery

deadline for September 30,  2004 and deadline for filing dispositive motions for

November 30, 2004  (Doc. # 80).

2.      That dispositive motion deadline was reset by the court to December 30,

2004.

3.      A status conference was held in the pro se plaintiff's other case, Brown v.

CHRO, 3:02CV0223(CFD) on November 17, 2004 in which several items were

addressed, including but not limited to plaintiff's desire to consolidate his two cases, and

a scheduling order for amended pleadings, summary judgment, etc.

4.      During that conference, the court reiterated that the two cases were not to be consolidated.

5.      The plaintiff expressed that he anticipates that additional discovery may be required.

6.      The undersigned counsel has an extremely heavy caseload, including the time necessary to respond to the plaintiff's Amended Complaint in the case of Brown v. CHRO, which is due on December 7, 2004.   Counsel also has three matters set for trial before the federal court in early 2005 -- January 4, 2005 in Rexach v. University of Connecticut, 3:02CV0243(MRK), February 8, 2005 in Alungbe v. CCSU, 3:01CV0503(EBB); and March 10, 2005 in Bishop v. DMHAS, 3:01CV1140(AVC).

8.      The plaintiff will not be prejudiced by this motion.

9.      Pursuant to Local Rule 7(b), the undersigned conferred with the plaintiff by telephone and there is NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request an order modifying the discovery deadline to May 30, 2005 and the deadline for filing dispositive motions to July 15, 2005.

DEFENDANTS,

CENTRAL CONNECTICUT STATE
UNIVERSITY, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By: _____

Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel:  (860) 808-5340
Fax:  (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us


## **CERTIFICATION**

The undersigned hereby certifies that on this   2nd   day of December, 2004 a copy

of the aforementioned Motion to Modify Scheduling Order was sent by First Class

United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074


_____
Joseph A. Jordano
Assistant Attorney General

3