UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV1516(CFD) |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
|    Defendants | : | June 7, 2005 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting an extension of time of sixty (60) days to and including September 15, 2005 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

    1.    The discovery deadline and dispositive motion deadlines were May 30, 2005 and July 15, 2005, respectively (Doc. # 84, dated December 16, 2004).

    2.    The undersigned recently completed a week-long jury trial in <u>Alungbe v. Board of Trustees of Connecticut State University (CSU) System,</u> 3:01CV0503(EBB) before the Honorable Ellen Bree Burns which took the bulk of his time and attention. Further, the undersigned is beginning preparation for a trial in state court in <u>Oppenheim v. University of Connecticut,</u> NNH-CV 03-0472301 S, the end of June 2005 that will, again, take the bulk of his time and attention.

      3.      The Employment Rights Department, to which the undersigned is assigned, recently lost one of its attorneys to private practice, another is on limited duty due to medical necessity, and a third is retiring due to medical necessity the end of June, 2005.  The result is that cases will have to be re-assigned, increasing the caseloads for the remaining department members.  The caseload increase has created difficulties in instances meeting pre-existing deadlines.

      4.      The plaintiff will not be prejudiced by this motion.

      5.      This is the defendants' second request for an extension of time to file a dispositive motion.

      6.      Pursuant to Local Rule 7(b), the undersigned attempted to contact the pro se plaintiff by telephone.  The paralegal in the department left a voicemail message for Mr. Brown on Thursday, June 2, 2005.  At the date of this mailing, Mr. Brown has not responded and therefore the undersigned could not ascertain his position on this motion.

      WHEREFORE, the defendants respectfully request an extension of time to and including September 15, 2005 in which to file their dispositive motion.

                        DEFENDANTS,
                        CENTRAL CONNECTICUT STATE
                        UNIVERSITY, ET AL.

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

By:    _____
       Joseph A. Jordano
       Assistant Attorney General
       Federal Bar # ct21487
       55 Elm Street, P.O. Box 120
       Hartford, CT 06141-1020
       Tel: (860) 808-5340
       Fax: (860) 808-5383
       E-mail address:
       Joseph.Jordano@po.state.ct.us

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 7th day of June, 2005 a copy of the aforementioned Motion for Extension of Time to File Dispositive Motion was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT 06074

                        _____
                        Joseph A. Jordano
                        Assistant Attorney General