UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEWEL E. BROWN,                           :     CASE NO.  3:02CV1516(CFD)
  Plaintiff,                              :
                                          :
v.                                        :
                                          :
CENTRAL CONNECTICUT STATE                 :
UNIVERSITY, DR. RICHARD JUDD,             :
RICHARD BACHOO and                        :
CAROLYN MAGNAN                            :
  Defendants                              :     August 19, 2005

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting an extension of time of ninety (90) days to and including December 15, 2005 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

1.      The dispositive motion deadline is September 15, 2005 (Doc. # 86, June 22, 2005).

2.      The undersigned is awaiting the Court's ruling in a companion matter, Brown v. CHRO, et al., 3:02CV0223(CFD) which could make an impact in the instant matter.

3.      The undersigned is scheduled to begin a two to three-week jury trial in federal court in New Haven in Lewis v. Department of Correction, et al., 3:02CV2304(MRK) which is scheduled for jury selection on September 6, 2005 with

testimony to begin on September 12, 2005.  The trial will take the bulk of the

undersigned's time and attention during the length of the trial.

4.      The undersigned is scheduled to begin a three-week trial before the

Connecticut Commission on Human Rights and Opportunities ("CHRO") in Cayer v.

Western Connecticut State University, OPH/WBR 2003-001 on October 10, 2005 which,

again, will consume a great deal of time and attention during the entire trial.

5.      The undersigned has been recently assigned several matters that were

formerly handled by another attorney within the Employment Rights Department of the

Attorney General's Office who retired.  The retirement has forced the re-assignment of

several matters, increasing an already heavy caseload. The Department previously lost

another counsel to private practice. No replacements have been assigned to the

Department to offset those departures as of this date.

6.      The plaintiff will not be prejudiced by this motion.

7.      This is the defendants' third request for an extension of time to file a

dispositive motion.

8.      Pursuant to Local Rule 7(b), the undersigned attempted to contact the pro

se plaintiff by e-mail.  The paralegal in the department left an e-mail message for Mr.

Brown on Wednesday, August 17, 2005.  At the date of this mailing, Mr. Brown has not

responded and therefore the undersigned could not ascertain his position on this motion.


WHEREFORE, the defendants respectfully request an extension of time to and

including December 15, 2005 in which to file their dispositive motion.

DEFENDANTS,
CENTRAL CONNECTICUT STATE
UNIVERSITY, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By:    _____

Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel:  (860) 808-5340
Fax:  (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this  19th   day of August, 2005 a copy of

the aforementioned Motion for Extension of Time to File Dispositive Motion was sent by

First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074


_____
Joseph A. Jordano
Assistant Attorney General


3