UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV1516(CFD) |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
|    *Defendants* | : | November 14, 2005 |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

     COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting an extension of time of forty-five (45) days to and including January 30, 2006 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

     1.     The current dispositive motion deadline is December 15, 2005 (Doc. # 88, August 22, 2005).

     2.     The undersigned is awaiting the Court's ruling in a companion matter, Brown v. CHRO, et al., 3:02CV0223(CFD) which could make an impact in the instant matter.

     3.     In the companion Brown v. CHRO matter that is also before the Honorable District Court Judge Christopher F. Droney, the undersigned moved for leave to take the plaintiff's deposition which the Court granted (Docket 3:02CV0223, Doc. #

107). The undersigned represents that issues raised in that deposition may have an impact on the instant matter.

    4.    The undersigned is scheduled for two upcoming oral arguments before the United States Second Circuit Court of Appeals in <u>Oliphant v. DOT</u>, 05-0618-cv, and <u>Waananen v. Barry et al.</u>, 04-6414-cv. The undersigned further has a summary judgment due in the matter of <u>Longshore-Pizer v. DMHAS</u>, 3:04CV1601(JCH) due during this immediate time frame.

    5.    The undersigned has a pre-paid vacation scheduled the week of November 21-25, 2005 and will not return to the office until Monday, November 28, 2005, which will impact on upcoming events.

    6.    The plaintiff will not be prejudiced by this motion.

    7.    This is the defendants' fourth request for an extension of time to file a dispositive motion.

    8.    Pursuant to Local Rule 7(b), the undersigned contacted the pro se plaintiff by e-mail on Friday, November 11, 2005. Mr. Brown authorized the undersigned to represent that he has NO OBJECTION to this motion.

    WHEREFORE, the defendants respectfully request an extension of time to and including January 30, 2006 in which to file their dispositive motion.

                DEFENDANTS,
                CENTRAL CONNECTICUT STATE
                UNIVERSITY, ET AL.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

By: _____
      Joseph A. Jordano
      Assistant Attorney General
      Federal Bar # ct21487
      55 Elm Street, P.O. Box 120
      Hartford, CT 06141-1020
      Tel: (860) 808-5340
      Fax: (860) 808-5383
      E-mail address:
      Joseph.Jordano@po.state.ct.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of November, 2005 a copy of the aforementioned Motion for Extension of Time to File Dispositive Motion was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT 06074

                _____
                Joseph A. Jordano
                Assistant Attorney General