UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV1516(CFD) |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
|    *Defendants* | : | December 28, 2005 |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

     COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting an extension of time of sixty (60) days to and including March 31, 2006 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

     1.     The current dispositive motion deadline is January 30, 2006 (Doc. # 90, November 15, 2005).

     2.     The undersigned is awaiting the Court's ruling in a companion matter, Brown v. CHRO, et al., 3:02CV0223(CFD) which could make an impact in the instant matter.

     3.     In the companion Brown v. CHRO matter that is also before the Honorable District Court Judge Christopher F. Droney, the undersigned moved for leave to take the plaintiff's deposition which the Court granted (Docket 3:02CV0223, Doc. #

107). The undersigned represents that issues raised in that deposition may have an impact on the instant matter.

  4.  The undersigned is scheduled to begin a jury trial in federal court in January 2006 in the matter of <u>Bishop v. Whiting Forensic Division</u>, 3:01CV1140(AVC) which will take the bulk of his time and attention during this time span. Further, the undersigned has a summary judgment due in the matter of <u>Longshore-Pizer v. DMHAS</u>, 3:04CV1601(JCH) due during this immediate time frame.

  5.  The plaintiff will not be prejudiced by this motion.

  6.  This is the defendants' fifth request for an extension of time to file a dispositive motion.

  8.  Pursuant to Local Rule 7(b), the undersigned caused to be contacted the pro se plaintiff by e-mail on Wednesday, December 21, 2005. The e-mail indicated to the pro se plaintiff that if we did not hear from him by this date, I would make representation to the court that he has no objection to this motion. Having received no response from the plaintiff, I represent that he has NO OBJECTION to this motion.

  WHEREFORE, the defendants respectfully request an extension of time to and including March 31, 2006 in which to file their dispositive motion.

                    DEFENDANTS,
                    CENTRAL CONNECTICUT STATE
                    UNIVERSITY, ET AL.

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

By:       _____
           Joseph A. Jordano
           Assistant Attorney General
           Federal Bar # ct21487
           55 Elm Street, P.O. Box 120
           Hartford, CT 06141-1020
           Tel: (860) 808-5340
           Fax: (860) 808-5383
           E-mail address:
           Joseph.Jordano@po.state.ct.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of December, 2005 a copy of the aforementioned Motion for Extension of Time to File Dispositive Motion was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT 06074

                                       _____
                                       Joseph A. Jordano
                                       Assistant Attorney General