UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN, : | CASE NO. 3:02CV1516(CFD) |
|    *Plaintiff*, : | |
| : | |
| v. : | |
| : | |
| CENTRAL CONNECTICUT STATE : | |
| UNIVERSITY, DR. RICHARD JUDD, : | |
| RICHARD BACHOO and : | |
| CAROLYN MAGNAN : | |
|    *Defendants* : | March 10, 2006 |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting an extension of time of ninety (90) days to and including June 31, 2006 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

1.  The current dispositive motion deadline is March 31, 2006 (Doc. # 93, January 5, 2006).

2.  The undersigned is awaiting the Court's ruling in a companion matter, Brown v. CHRO, et al., 3:02CV0223(CFD) which could make an impact in the instant matter.

3.  In the companion Brown v. CHRO matter that is also before the Honorable District Court Judge Christopher F. Droney, the undersigned moved for leave to take the plaintiff's deposition which the Court granted (Docket 3:02CV0223, Doc. #

107). The undersigned represents that issues raised in that deposition may have an impact on the instant matter.

    4.    The undersigned has a heavy caseload which necessitates this request. The schedule includes, but is not limited to, an impending jury trial in state court in the matter of <u>Novak v. Department of Mental Retardation, et al</u>., CV 03-0823654 S. A settlement agreement had been reached but the plaintiff reneged on the agreement putting it back on the trial list. The undersigned also has a Public Hearing before the Connecticut Commission Human Rights and Opportunities "(CHRO") in <u>Lueder v. Southern Connecticut State University, et al.</u>, OPH/WBR 2005-011, that will require his time and attention.

    5.    Additionally, the undersigned in the foreseeable time span has a status conference scheduled in <u>Delgado v. DPH, et al.</u>, 3:03CV1652(MRK); a reply brief due in <u>Longshore-Pizer v. DMHAS</u>, 3:04CV1601(JCH); a summary judgment due in the matter of <u>Garcia v. Eastern Connecticut State University</u>, 3:05CV0922(PCD); a summary judgment due in the matter of <u>Williams v. Ragagalia</u>, 3:01CV1398(JGM); and a motion to dismiss in a matter before the Second Circuit Court of Appeals, <u>Benning v. Department of Education</u>, Docket No. 05-7036-cv..

    6.    Additionally, the undersigned has a pre-paid, week-long family vacation scheduled during this time span.

    7.    The plaintiff will not be prejudiced by this motion.

    8.    This is the defendants' sixth request for an extension of time to file a dispositive motion.

8. Pursuant to Local Rule 7(b), the undersigned caused the pro se plaintiff to be contacted by e-mail on Wednesday, March 8, 2006. The e-mail indicated to the pro se plaintiff that if defense counsel did not hear from him by March 10, 2006 that the undersigned would make representation to the court that he has no objection to this motion. Having received no response from the plaintiff, I represent that he has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request an extension of time to and including July 31, 2006 in which to file their dispositive motion.

>
> DEFENDANTS,
> CENTRAL CONNECTICUT STATE
> UNIVERSITY, ET AL.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> By: _____
> Joseph A. Jordano
> Assistant Attorney General
> Federal Bar # ct21487
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-1020
> Tel: (860) 808-5340
> Fax: (860) 808-5383
> E-mail address:
> Joseph.Jordano@po.state.ct.us

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of March, 2006 a copy of the aforementioned Motion for Extension of Time to File Dispositive Motion was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____
Joseph A. Jordano
Assistant Attorney General