UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV1516(CFD) |
|   *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
|   *Defendants* | : | July 13, 2006 |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

    COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting an extension of time of forty five (45) days to and including September 15, 2006 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

    1.    The current dispositive motion deadline is July 31, 2006 (Doc. # 95, March 15, 2006).

    2.    The undersigned is awaiting the Court's ruling in a companion matter, Brown v. CHRO, et al., 3:02CV0223(CFD), on defendants' Motion for Reconsideration. Oral argument was held regarding the Motion for Reconsideration on June 2, 2006 and supplemental briefs were filed by the parties on June 30, 2006. The Court's ruling in that matter could make an impact in the instant matter.

    3.    In the companion Brown v. CHRO matter that is also before the Honorable District Court Judge Christopher F. Droney, the undersigned moved for leave

Case 3:02-cv-01516-CFD     Document 96     Filed 07/14/2006     Page 2 of 4

to take the plaintiff's deposition which the Court granted (Docket 3:02CV0223, Doc. # 107). The undersigned represents that issues raised in that deposition may have an impact on the instant matter. The deposition has not been noticed because the Court's ruling could impact how wide or narrow the issues must be explored at the deposition.

4.  The undersigned in the immediate time frame also has several litigation matters that require attention, including but not limited to, a closing brief in a CHRO whistle blower matter entitled <u>Lueder v. Southern Connecticut State University</u>, OPH/SBR 2005-011; an appellee brief due in the Second Circuit Court of Appeals in a mater entitled <u>Richardson v. CHRO, et al.</u>, Docket No. 06-0474-cv; responding to a new lawsuit filed by the plaintiff in this instant action entitled <u>Brown v. Department of Public Works, et al.</u>, 3:06CV0142(PCD) which is currently assigned to Judge Peter C. Dorsey; and a summary judgment due in a federal matter entitled <u>Bull v. Barone</u>, 3:03CV2034(AWT).

5.  Additionally, the undersigned in the foreseeable time span has settlement conferences scheduled in <u>Anziano v. Board of Trustees for Community Technical Colleges, et al.</u>, 3:05CV2183(WWE) scheduled before Magistrate Judge Holly B. Fitzsimmons, and <u>Baker v. Department of Correction</u>, 3:03CV1984(JCH) scheduled before Magistrate Judge Joan G. Margolis. The preparation of the defendants' ex parte communication to the court in each matter took time and attention away from other litigation matters.

6.  The plaintiff will not be prejudiced by this motion.

7.  This is the defendants' seventh request for an extension of time to file a dispositive motion.

2

      8.      Pursuant to Local Rule 7(b), the undersigned caused the pro se plaintiff to be contacted by e-mail and he has authorized the undersigned to represent that he has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request an extension of time to and including September 15, 2006 in which to file their dispositive motion.

                                  DEFENDANTS,
                                  CENTRAL CONNECTICUT STATE
                                  UNIVERSITY, ET AL.

                                  RICHARD BLUMENTHAL
                                  ATTORNEY GENERAL

By:     _____
           Joseph A. Jordano
           Assistant Attorney General
           Federal Bar # ct21487
           55 Elm Street, P.O. Box 120
           Hartford, CT 06141-1020
           Tel: (860) 808-5340
           Fax: (860) 808-5383
           E-mail address:
           Joseph.Jordano@po.state.ct.us

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 12th day of July, 2006 a copy of the aforementioned Motion for Extension of Time to File Dispositive Motion was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____
Joseph A. Jordano
Assistant Attorney General