UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV1516(CFD) |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
|    *Defendants* | : | August 1, 2006 |

## MOTION FOR DEFAULT FOR FAILURE TO POST SECURITY FOR COSTS

COMES NOW the defendants and pursuant to Local Rule 83.3(a) hereby move for an order dismissing the above-captioned matter inasmuch as the plaintiff has failed to post a bond as security for costs as ordered by the Court.

The defendants filed a Motion for Security for Costs which was granted by the Court on February 10, 2003. The plaintiff was supposed to post the bond within 30 days of the Court's order. According to the docket sheet, the plaintiff has not posted the bond in the instant matter as ordered. The Court on February 28, 2003 denied the plaintiff's motion to waive the security bond; and the Court again on March 24, 2004 (Doc. # 77) denied the plaintiff's motion for relief from security bond and the Court issued an Order (Doc. # 80) that the plaintiff was to post the $500 bond **no later than August 30, 2004.** It has been almost two years since the Court issued that order and no bond has been posted in this case to date.

The pro se plaintiff was notified by letter dated July 6, 2006 of his failure to post the bond and requested that he post the bond no later than July 20, 2006 (See attached letter). The defendants advised the plaintiff that the instant action would be filed if he failed to comply with

the Court's order. The plaintiff has wholly failed to comply with the Court's order and/or respond to the defendants' letter. The plaintiff has continually and repeatedly failed to comply with the Court's order regarding the posting of the security for bond in the instant action.

WHEREFORE, the defendants move, pursuant to Local Rule 83.3, for an order dismissing the above-captioned matter for failure to post the bond as ordered.

        DEFENDANTS

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

By: _____
        Joseph A. Jordano
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax: (860) 808-5383
        Email:  Joseph.Jordano@po.state.ct.us
        Federal Bar No. ct21487

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of August, 2006 a copy of the aforementioned Motion for Default for Failure to Post Security Bond was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____
Joseph A. Jordano
Assistant Attorney General