IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 AUG 14 P 3: 59

| | |
|---|---|
| Jewel Brown,<br>Plaintiff,<br><br>VS   Docket # 3:02CV1516 (CFD)<br><br>The Central Connecticut State University, et al.,<br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) August 14, 2006 |

## Motion for Extension of Time
## To File Security Bond

Comes now Plaintiff, Jewel E. Brown, pursuant to Rule 83.3 of the Local Rules of Civil Procedure and hereby request the court for an extension of time to file a security bond herein and, in support of said motion, Plaintiff alleges and states as follows:

(1)   As Defendants state in their Motion, Plaintiff was directed to post a security bond in this matter not latter than the date the ruled on Plaintiff's Motion to Consolidate this case with case with Plaintiff's case pending against CHRO, (see Brown v. CHRO # 3:02cv223 (SRU). (Also, see Plaintiff's Exhibit A) According to Plaintiff's understanding, this apparently occurred on November 17, 2004 during the parties' Joint Status Conference held addressing both actions, although, no formal order was entered addressing this matter at that time. Nonetheless, according to Plaintiff's written notes of the hearing, it was during this proceeding when the court entered its final order denying consolidation.

(2)   Thereafter, Plaintiff was apparently waiting for the court to enter a formal order confirming what Plaintiff understood has taken place verbally. Nonetheless, Plaintiff admits that it was his sole duty and responsibility to

understand and comply with the court's order and to the extent Plaintiff failed to, Plaintiff sincerely apologizes to the court.

(3) However, due to the fact that Plaintiff did fail to post said bond due to an innocent oversight Plaintiff, nonetheless, needs an additional brief period of time to comply with the court's order. In this respect, Plaintiff hereby requests the court to grant Plaintiff an extension of time to file the bond until October 30, 2006.

(4) In support of time request Plaintiff states that he just recently found full time employment and that as an element of compensation he will receive discretion pay in the form of a bonus on or about October 10th and 20th 2006 and as such will be able to post the required bond without having to attempt to secure a loan.

(5) Further, Plaintiff states that he will seeks no further extensions in which to comply with this order and fully understands that his failure to do will result in the court entering an order dismissing said action.

WHEREFORE, premises considered, Plaintiff moves the court to grant Plaintiff an extension to and including October 30, 2006 to post the requisite security bond in this action and for all necessary and proper relief.

Respectfully Submitted

Jewel E. Brown,
By_____.
Jewel E. Brown, Pro-se
21 BREWSTER
SOUTH WINDSOR, CT. 06074
PHONE (860) 543-9806 or 246-3526
FAX (860) 548-0871
E-MAIL: employmentpa@aol.com

## CERTIFICATE OF SERVICE

    Plaintiff hereby certifies that he has caused a copy of the foregoing pleading to be served upon Defendants' Attorneys this 14th August 2006 by depositing a copy of the same in U. S. mail, postage prepaid, and addressed to Defendants' Attorneys' address shown of record in this matter.

Respectfully submitted,

By: _____
    Jewel E. Brown, Pro se

IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jewel E. Brown,<br>Plaintiff,<br><br>VS          Docket # <u>3:02CV223(CFD)</u><br>             3:02CV1516(CFD)<br><br>The state of Connecticut and its Commission On Human<br>Rights and Opportunities, et al;<br><u>Defendants.</u> | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) February 06, 2004 |

### STIPULATION AGREEMENT TO MODIFY SCHEDULING ORDER AND TO RESOLVE PENDING MOTIONS

COMES NOW, the parties pursuant to the Court's directive of January 28, 2004 and make and enter the following stipulations for the purposes of modifying the current Scheduling Order and to propose resolutions of all pending motions.

### MOTIONS AMENDING THE COMPLAINT

Plaintiff shall file any and all motions for leave of court to file any and all amendments to his complaint that are known to Plaintiff and/or that exists as of the date established herein and that could be discovered through reasonable diligence, including a Motion For Leave To File a Consolidated Amended Complaint, in the event Plaintiff elects to do so, within a period of sixty (60) days from the date the Court issue its ruling on Plaintiff's Motion To Consolidate.

### DISCOVERY

The parties shall conduct and complete all discovery in these proceedings within a period of one hundred eighty (180) days from the date the Court issue its' 'ruling on Plaintiff's Motion To Consolidate.

### DISPOSITIVE MOTIONS

All dispositive motions shall be filed within a period of sixty- (60) days from the date on which discovery ends provided that no motion to compel discovery is pending. In the event one or more motions to compel discovery is pending, all dispositive motions shall be filed within a period of sixty (60) days from the date the court rules on the last pending motion.

### DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT

Plaintiff shall have a period of thirty -(30) days from the date the court enters its' Modified Scheduling Order in which to amend plaintiff's Second Amended Complaint so as to comply with Defendants' Motion or to file Plaintiff's opposition to said Motion.

### PLAINTIFF'S PENDING MOTION FOR A PROTECTIVE ORDER

Plaintiff's motion for a Protective Order quashing the taking of the deposition of Fae Brown-Brewton is hereby withdrawn without prejudice. The parties further agree that in the event Plaintiff elects to renew his Motion To Amend Plaintiff's Consolidated and Supplemented Complaint pending in the Matter of <u>Brown v. CCSU</u> and Defendants elect to take the deposition of said individual, defendants shall be permitted to proceed with the taking of said deposition subject to Plaintiff's right to assert any and all privileges and objections that Plaintiff deems appropriate. In the event, Plaintiff asserts any

2

privileges to the witness' testimony, the parties shall petition the court for appropriate relief pursuant to the applicable Rules of Civil Procedures.

### SECURITY BOND

Plaintiff shall file a Security Bond in the amount of five hundred ($500.00) dollars in the case of <u>Brown v. CHRO</u> on or before the 30th day of April 2004. Thereafter, Plaintiff shall comply with any order issued by the court with respect to posting additional security. In the event plaintiff is directed to post additional security, unless otherwise ordered by the court, Plaintiff shall have up to and including the 30th day of June 2004 in which to post the required security bond.

The parties hereby execute this Joint Stipulation Agreement on the date(s) fixed below following each party's respective signature.


PLAINTIFF
By: _____
Jewel E. Brown, Pro se
21`Brewster Road
South Windsor, CT o6074
Phone (860) 543-9806 or (860) 644-5379
Fax (860) 644-6551
Employmentpa@aol.com


DEFENDNATS,

RICHARD BLUMENTHAL
ATTORNEY GENRAL


By: _____
Joseph Jordano
Assistant Attorney General
55 Elm Street
Hartford CT 06106
Tel: (860) 808-5340

3

Fax (860) 808-5383
E-mail Joseph.jordano@po.state.ct.us

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that he has caused a copy of the foregoing going pleading to be served upon Defendants' Attorneys this 7th day of February 2004 by depositing a copy of the same in U. S. mail, postage prepaid and addressed to Defendants' Attorneys' address shown of record in this matter.

Respectfully submitted

By: _____
Jewel Brown, pro se

4