UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV1516(CFD) |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
|    *Defendants* | : | September 6, 2006 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting an extension of time of four months to and including January 15, 2007 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

1.    The current dispositive motion deadline is September 15, 2006 (Doc. # 97, July 19, 2006).

2.    The undersigned is awaiting the Court's ruling in a companion matter, Brown v. CHRO, et al., 3:02CV0223(CFD), on defendants' Motion for Reconsideration. Oral argument was held regarding the Motion for Reconsideration on June 2, 2006 and supplemental briefs were filed by the parties on June 30, 2006. The Court's ruling in that matter will make an impact in the instant matter.

3.    In the companion Brown v. CHRO matter that is also before the Honorable District Court Judge Christopher F. Droney, the undersigned moved for leave

to take the plaintiff's deposition which the Court granted (Docket 3:02CV0223, Doc. # 107). The undersigned represents that issues raised in that deposition may have a significant impact on the instant matter. The deposition has not been noticed because the Court's ruling could impact how wide or narrow the issues must be explored at the deposition.

4.      The plaintiff also has a third federal lawsuit entitled Brown v. DPW, et al., 3:06CV0142(PCD) which was filed on January 1, 2006. That lawsuit, currently assigned to the Honorable Peter C. Dorsey, is against four state agencies, the Department of Public Works, the Department of Correction, the Department of Mental Retardation and the Department of Mental Health and Addiction Services. The allegations in Brown v. DPW are duplicative of former allegations made by the plaintiff in Brown v. CHRO (02-0233) and the instant matter.

5.      The plaintiff has broached the subject of a global settlement regarding his lawsuits against the state agencies in the three related federal lawsuits. Settlement discussions cannot go beyond the preliminary stage until a decision is rendered in the companion matter.

6.      The undersigned in the near future is scheduled for two jury trials in federal court. One case is entitled Baker v. Department of Correction, 3:03CV1894(JCH) which is before the Honorable Judge Janet Hall. The joint trial memorandum has been filed in this instant matter with a pre-trial conference scheduled for the middle of October 2006. No trial date has been set. The second jury trial matter is entitled Ward v. Department of Administrative Services, 3:03CV1217(MRK) before the Honorable Mark R. Kravitz. Jury selection is set for December 4, 2006 with the trial to begin on

December 18, 2006. The latter trial date has necessitated the undersigned to request a four-month extension in order to not have a summary judgment due in the middle of preparation for trial, which will command the bulk of time and attention during the beginning of December 2006.

      7.      The undersigned in the immediate timeframe is responding to discovery requests in <u>Garcia v. Eastern Connecticut State University</u>, 3:05CV0922(PCD) and <u>Anziano v. Board of Trustees for Community Technical Colleges</u>, 3:05CV1583(WWE) which, in each matter, involves a voluminous amount of material. The undersigned is also scheduled for settlement conferences in the respective matters which involves the preparation and delivery of ex parte communication to chambers.

      8.      The plaintiff will not be prejudiced by the delay.

      9.      This is the defendants' eighth request for an extension of time to file a dispositive motion. The undersigned requests the indulgence of the court and represents that the motions for extension of time is an attempt to avoid expenditure of further time and resources by the parties and the Court.

      10.      Pursuant to Local Rule 7(b), the undersigned caused the pro se plaintiff to be contacted by e-mail and he has authorized the undersigned to represent that he has NO OBJECTION to this motion.

      WHEREFORE, the defendants respectfully request an extension of time to and including January 15, 2007 in which to file their dispositive motion.

          DEFENDANTS,
          CENTRAL CONNECTICUT STATE
          UNIVERSITY, ET AL.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

By: _____
     Joseph A. Jordano
     Assistant Attorney General
     Federal Bar # ct21487
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-1020
     Tel: (860) 808-5340
     Fax: (860) 808-5383
     E-mail address:
     Joseph.Jordano@po.state.ct.us

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ___ day of September, 2006 a copy of the aforementioned Motion for Extension of Time to File Dispositive Motion was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____
Joseph A. Jordano
Assistant Attorney General