IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jewel Brown,<br>Plaintiff,<br><br>VS          Docket # 3:02CV1516 (CFD)<br><br>The Central Connecticut State University, et al.,<br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) October 27, 2006 |

Motion for Extension of Time
To File Security Bond

Comes now Plaintiff, Jewel E. Brown, pursuant to Rule 83.3 of the Local Rules of Civil Procedure and hereby request the court for an extension of time to file a security bond herein and, in support of said motion, Plaintiff alleges and states as follows:

(1) That on or about August 23, 2006 this court entered its order granting Plaintiff an extension of time to and including October 30, 2006 to post a security bond in this matter.

(2) The court entered his order, in part, in reliance on Plaintiff's representation that he would be able to post said bond by not later than October 15, 2006 and stating that Plaintiff would seek no further extensions.

(3) At the time Plaintiff filed said motion, Plaintiff based his representations on a good faith belief that Plaintiff would be able to post the bond on the date represented to the court. However, Plaintiff recently learned that the payment source which Plaintiff will use to post the bond has been delayed and will not materialize until sometime between December 15, 2006 and January 15, 2007.

(4) Further, Plaintiff notes that his inability to post the bond on the due date was occasioned, at least in part, by the fact that on or about October 15, 2006 Plaintiff was required to post a security bond in the case of <u>Brown v. Department of Public Works</u>, 3:06cv142(PCD).

(5) Additionally, Plaintiff represents to the court that no similarly obligation exists that will impair Plaintiff's ability to perform in the future.

(6) Finally, Plaintiff states that granting this motion will not prejudice Defendants inasmuch as Defendants were recently granted an extension of time to and including January 15, 2007 to file their motion for summary judgment and that inasmuch as Plaintiff will be required to post the required bond not later than January 15, 2007 Plaintiff bond will be posted not later than the same day Defendants file their motion for Summary Judgment.

WHEREFORE, premises considered, Plaintiff moves the court to grant Plaintiff an extension to and including January 15, 2007 to post the requisite security bond in this action and for all necessary and proper relief.

Respectfully Submitted

Jewel E. Brown,
By: _____

Jewel E. Brown, Pro-se
21 BREWSTER
SOUTH WINDSOR, CT. 06074
PHONE (860) 543-9806 or 246-3526
FAX (860) 548-0871
E-MAIL: <u>employmentpa@aol.com</u>

## CERTIFICATE OF SERVICE

2

Plaintiff hereby certifies that he has caused a copy of the foregoing pleading to be served upon Defendants' Attorney, Joseph Jordano, this 27th day of October 2006 by depositing a copy of the same in U. S. mail, postage prepaid, and addressed to Defendants' Attorney at his address located at 55 Elm Street, P. O Box 120, Hartford, CT 06141-012.

By: _____
Jewel E. Brown, Pro se