UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV1516(CFD) |
|   *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
|   *Defendants* | : | January 3, 2007 |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

     COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting an extension of time of four months to and including May 15, 2007 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

     1.     The current dispositive motion deadline is January 15, 2007. (Doc. # 102, October 13, 2006).

     2.     The undersigned is awaiting the Court's ruling in a companion matter, Brown v. CHRO, et al., 3:02CV0223(CFD), on defendants' Motion for Reconsideration. Oral argument was held regarding the Motion for Reconsideration on June 2, 2006 and supplemental briefs were filed by the parties on June 30, 2006. The Court's ruling in that matter will make an impact in the instant matter.

     3.     In this companion Brown v. CHRO matter that is also before the Honorable District Court Judge Christopher F. Droney, the undersigned moved for leave

to take the plaintiff's deposition which the Court granted (Docket 3:02CV0223, Doc. # 107). The undersigned represents that issues raised in that deposition may have a significant impact on the instant matter. The deposition has not been noticed because the Court's ruling in Brown v. CHRO, et al., 3:02CV0223, could impact how wide or narrow the issues must be explored at the deposition.

   4. The plaintiff also has a third federal lawsuit entitled Brown v. DPW, et al., 3:06CV0142(PCD) which was filed on January 1, 2006. That lawsuit, currently assigned to the Honorable Peter C. Dorsey, is against four state agencies, the Department of Public Works, the Department of Correction, the Department of Mental Retardation and the Department of Mental Health and Addiction Services. The allegations in Brown v. DPW are duplicative of some former allegations made by the plaintiff in Brown v. CHRO (02-0233) and the instant matter.

   5. The plaintiff has broached the subject of a global settlement regarding his lawsuits against the state agencies in the three related federal lawsuits. Settlement discussions cannot go beyond the preliminary stage until a decision is rendered in the companion matter.

   6. The undersigned has a public hearing before the Connecticut Commission on Human Rights and Opportunities in Kulish v. Arroyo, Velez and Department of Motor Vehicles, OPH/WBR 2006-021/022/023 scheduled for January 16-18, 2007.

   7. The undersigned is scheduled for two jury trials in federal court in the month of February 2007. One case is entitled Baker v. Department of Correction, 3:03CV1894(JCH) which is before the Honorable Judge Janet Hall in early February

2007 and has a second jury trial before Honorable Judge Mark R. Kravitz in <u>Delgado v. DPH</u>, 3:03CV1652(MRK) in late February, 2007.

      8.      The undersigned is also recovering from the emergency surgery he underwent on September 18, 2006 which necessitates regular visits for physical therapy.

      9.      This is the defendants' ninth request for an extension of time to file a dispositive motion. The undersigned requests the indulgence of the court and represents that the motions for extension of time is an attempt to avoid expenditure of further time and resources by the parties and the Court.

      10.      Pursuant to Local Rule 7(b), the undersigned caused the pro se plaintiff, Jewel Brown, to be contacted by e-mail and he has authorized the undersigned to represent that he has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request an extension of time to and including May 15, 2007 in which to file their dispositive motion.

                          DEFENDANTS,
                          CENTRAL CONNECTICUT STATE
                          UNIVERSITY, ET AL.

                          RICHARD BLUMENTHAL
                          ATTORNEY GENERAL

By: _____
     Joseph A. Jordano
     Assistant Attorney General
     Federal Bar # ct21487
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-1020
     Tel: (860) 808-5340
     Fax: (860) 808-5383
     E-mail address:
     Joseph.Jordano@po.state.ct.us

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of January, 2007 a copy of the aforementioned Motion for Extension of Time to File Dispositive Motion was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT 06074

                          _____
                          Joseph A. Jordano
                          Assistant Attorney General