UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV1516(CFD) |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
|    *Defendants* | : | May 7, 2007 |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting an extension of time of three months to and including August 15, 2007 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

1. The current dispositive motion deadline is May 15, 2007. (Doc. # 106, January 9, 2007).

2. The undersigned is awaiting the Court's ruling in a companion matter, Brown v. CHRO, et al., 3:02CV0223(CFD), on defendants' Motion for Reconsideration. Oral argument was held regarding the Motion for Reconsideration on June 2, 2006 and supplemental briefs were filed by the parties on June 30, 2006. The Court's ruling in that matter will make an impact in the instant matter.

3. In this companion Brown v. CHRO matter that is also before the Honorable District Court Judge Christopher F. Droney, the undersigned moved for leave

to take the plaintiff's deposition which the Court granted (Docket 3:02CV0223, Doc. # 107). The undersigned represents that issues raised in that deposition may have a significant impact on the instant matter. The deposition has not been noticed because the Court's ruling in <u>Brown v. CHRO, et al.</u>, 3:02CV0223, could impact how wide or narrow the issues must be explored at the deposition.

  4. The plaintiff also has a third federal lawsuit entitled <u>Brown v. DPW, et al.</u>, 3:06CV0142(PCD) which was filed on January 1, 2006. That lawsuit was reassigned to the docket of the Honorable Judge Droney on February 16, 2007. That lawsuit is against four state agencies, the Department of Public Works, the Department of Correction, the Department of Mental Retardation and the Department of Mental Health and Addiction Services. The allegations in <u>Brown v. DPW</u> are duplicative of some former allegations made by the plaintiff in <u>Brown v. CHRO</u> (02-0233) and the instant matter.

  5. The undersigned is aware that there have been a number of motions for extension of time in the instant matter but represents that many have been unavoidable due to scheduling conflicts due to pressing federal, state and CHRO proceedings. The undersigned respectfully thanks the Court for its continued indulgence in this matter.

  6. The undersigned is continuing with a public hearing before the CHRO in a whistleblower matter entitled <u>Kulish v. Dept of Motor Vehicles, et al</u>., OPH/WBR 2006-021/022/023 which is scheduled for multiple dates in May 2007. The undersigned also has fact-finding hearings before the CHRO in May 2007 in <u>Bednarski v. CCSU</u>, <u>Nicholson v. CCSU</u> and <u>Rajarvivarma v. CCSU</u>; a closing brief in a public hearing that was held before the CHRO in <u>Scherban v. Central Connecticut State University</u>, OPH-

2

WBR 2006-035 slated for May 25, 2007 and also has mandatory mediation conference in Wilcox v. SCSU later this month in Waterbury.

      7.      The plaintiff will not be prejudiced by this motion.

      8.      Pursuant to Local Rule 7(b), the undersigned attempted to contact the pro se plaintiff, Jewel Brown. An e-mail was sent by a paralegal in my department within the Attorney General's Office, the Employment Rights Department, on April 27, 2007. The paralegal also left a voice mail message for Mr. Brown on Friday, May 4, 2007. Mr. Brown has not responded to either attempt and therefore the undersigned was unable to ascertain the pro se plaintiff's position to this motion.

      WHEREFORE, the defendant respectfully requests a three-month extension of time of the dispositive motion deadline to and including August 15, 2007.

DEFENDANTS,
CENTRAL CONNECTICUT STATE
UNIVERSITY, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this  7th  day of May, 2007 a copy of the aforementioned Motion for Extension of Time to File Dispositive Motion was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____
Joseph A. Jordano
Assistant Attorney General

4