UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV1516(CFD) |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
|    *Defendants* | : | July 30, 2007 |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting an extension of time of two months, to and including October 15, 2007 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

1. The current dispositive motion deadline is August 15, 2007. (Doc. # 109, May 16, 2007).

2. The undersigned represents that several of the named defendants, and additional fact witnesses, are either present or past members of the faculty at Central Connecticut State University (CCSU) and their accessibility during the summer time necessitates the request for additional time in which to obtain necessary affidavits and documentation.

3. Further, the undersigned is awaiting the Court's ruling in a companion matter, Brown v. CHRO, et al., 3:02CV0223(CFD), on defendants' Motion for

Reconsideration. Oral argument was held regarding the Motion for Reconsideration on June 2, 2006 and supplemental briefs were filed by the parties on June 30, 2006. The Court's ruling in that matter will make an impact in the instant matter.

    4.    In this companion Brown v. CHRO matter that is also before the Honorable District Court Judge Christopher F. Droney, the undersigned moved for leave to take the plaintiff's deposition which the Court granted (Docket 3:02CV0223, Doc. # 107). The undersigned represents that issues raised in that deposition may have a significant impact on the instant matter. The deposition has not been noticed because the Court's ruling in Brown v. CHRO, et al., 3:02CV0223, could impact how wide or narrow the issues must be explored at the deposition.

    5.    The plaintiff also has a third federal lawsuit entitled Brown v. DPW, et al., 3:06CV0142(PCD) which was filed on January 1, 2006. That lawsuit was reassigned to the docket of the Honorable Judge Droney on February 16, 2007. That lawsuit is against four state agencies, the Department of Public Works, the Department of Correction, the Department of Mental Retardation and the Department of Mental Health and Addiction Services. The allegations in Brown v. DPW are duplicative of some former allegations made by the plaintiff in Brown v. CHRO (02-0233) and the instant matter.

    6.    The undersigned is aware that there have been a number of motions for extension of time in the instant matter but represents that many have been unavoidable due to scheduling conflicts due to pressing federal, state and CHRO proceedings. The undersigned respectfully thanks the Court for its continued indulgence in this matter.

    7.    The plaintiff will not be prejudiced by this motion.

8. Pursuant to Local Rule 7(b), the undersigned attempted to contact the pro se plaintiff, Jewel Brown. A paralegal in the Employment Rights Department, Leonard Auster, sent an e-mail on Friday, July 30, 2007, to Mr. Brown regarding the motion. Mr. Brown has not responded and therefore the undersigned is unable to ascertain the pro se plaintiff's position to this motion.

WHEREFORE, the defendants respectfully request a two-month extension of time of the dispositive motion deadline to and including October 15, 2007.

          DEFENDANTS,
          CENTRAL CONNECTICUT STATE
          UNIVERSITY, ET AL.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

By: _____
     Joseph A. Jordano
     Assistant Attorney General
     Federal Bar # ct21487
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-1020
     Tel: (860) 808-5340
     Fax: (860) 808-5383
     E-mail address:
     Joseph.Jordano@po.state.ct.us

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of July, 2007 a copy of the aforementioned Motion for Extension of Time to File Dispositive Motion was sent by First Class United States mail, first class postage prepaid to:

   Jewel E. Brown, Pro Se
   21 Brewster Road
   South Windsor, CT  06074

                                                  _____
                                                  Joseph A. Jordano
                                                  Assistant Attorney General