UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV1516(CFD) |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
|    *Defendants* | : | October 4, 2007 |

**DEFENDANTS' MOTION FOR EXTENSION**
**OF TIME TO FILE DISPOSITIVE MOTION**

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan requesting an extension of time of thirty (30) days to and including November 15, 2007 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

1. The current dispositive motion deadline is October 15, 2007. (Doc. # 111, August 22, 2007).

2. The undersigned has been diligently working on the dispositive motion in the instant matter but circumstances necessitate this request.

3. The undersigned in the immediate time frame has had to address a serious family medical situation which has caused him to lose time from the office and the working on this, and all other matters.

4. The undersigned in the immediate time frame has discovery responses due in the matter of <u>Golembeski v. Board of Trustees for the Connecticut State University</u>

System, et al., 3:07CV0955(RNC) and a settlement agreement in <u>CHRO Ex. Rel. McFolley v. Eastern Connecticut State University</u>, CHRO # 0640213 which need attention that has also been diverted.

     5.    The undersigned is aware that there have been a number of motions for extension of time in the instant matter but represents that this request was unforeseen. The undersigned expects to submit the dispositive motion prior to the deadline requested.

     6.    The plaintiff will not be prejudiced by this motion.

     7.    Pursuant to Local Rule 7(b), the undersigned contacted the pro se plaintiff, Jewel Brown. An e-mail was sent by a paralegal in my department within the Attorney General's Office, the Employment Rights Department, on October 3, 2007. Mr. Brown has authorized the undersigned to represent to the Court that he has NO OBJECTION to this motion.

     8.    The undersigned respectfully thanks the Court for its continued indulgence in this matter.

     WHEREFORE, the defendants respectfully requests a thirty (30) day extension of time to and including November 15, 2007 in which to file their dispositive motion.

```
                                    DEFENDANTS,
                                    CENTRAL CONNECTICUT STATE
                                    UNIVERSITY, ET AL.

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL


                            By:     _____
                                    Joseph A. Jordano
                                    Assistant Attorney General
                                    Federal Bar # ct21487
                                    55 Elm Street, P.O. Box 120
                                    Hartford, CT 06141-1020
                                    Tel:  (860) 808-5340
                                    Fax:  (860) 808-5383
                                    E-mail address:
                                    Joseph.Jordano@po.state.ct.us
```

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of October, 2007 a copy of the aforementioned Motion for Extension of Time to File Dispositive Motion was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____
Joseph A. Jordano
Assistant Attorney General

3