UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV1516(CFD) |
|   *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
|   *Defendants* | : | November 15, 2007 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

      COMES NOW the Defendants, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment in their favor because the evidence submitted herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law, the Plaintiff, Jewel Brown, cannot sustain his burden of proof that the Defendants violated his rights under federal law. Filed herewith is a Statement of Undisputed Facts pursuant to Local Rule 56 and a memorandum of law in support of the present motion.

                                                      DEFENDANTS,

                                                      RICHARD BLUMENTHAL
                                                      ATTORNEY GENERAL

                            By:   _____
                                    Joseph A. Jordano
                                    Assistant Attorney General
                                    55 Elm Street, P.O. Box 120
                                    Hartford, CT 06141-0120
                                    Tel: (860) 808-5340
                                    Fax: (860) 808-5383
                                    E-mail: Joseph.Jordano@po.state.ct.us
                                    Federal Bar # ct21487

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Summary Judgment was sent via first class mail, postage prepaid, this 15th day of November, 2007 to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____
Joseph A. Jordano
Assistant Attorney General