# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV1516(CFD) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
| *Defendants* | : | November 15, 2007 |

## DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT

Exhibit 1     Amended and Substituted Complaint;

Exhibit 2     Excerpts from Deposition Jewel Brown in matter of Brown v. CHRO, dated December 5, 2002;

Exhibit 3     Affidavit of Carolyn Magnan, dated September 13, 2002;

Exhibit 4     Affidavit of Carolyn Magnan, dated October 22, 2007;

Exhibit 5     Excerpts from deposition of Richard Bachoo, dated December 19, 2002;

Exhibit 6     Job Announcement A-434;

Exhibit 7     Excerpts from deposition of Carolyn Magnan, Vol. I, dated December 16, 2002;

Exhibit 8     Search Committee Information, dated April 23, 2002;

Exhibit 9     Excerpts from Deposition of Carolyn Magnan, Vol. II, dated December 19, 2002;

Exhibit 10    AAP Form 2, page 1

Exhibit 11    AAP Form 3

Exhibit 12    Letters dated June 12, 2002;

1

| | |
|---|---|
| Exhibit 13 | Excerpts from Deposition of Jewel Brown in Brown v. CCSU, dated May 9, 2003; |
| Exhibit 14 | Memo dated June 7, 2002 from Donna Munroe to Richard Bachoo; |
| Exhibit 15 | Sample Sheet, Bachoo Deposition Exhibit 17; |
| Exhibit 16 | Affidavit of Richard Bachoo, dated October 31, 2007; |
| Exhibit 17 | Plaintiff Jewel Brown's Resume; |
| Exhibit 18 | E-mail from Donna Munroe to Bachoo, dated July 31, 2002; |
| Exhibit 19 | Letter from Jewell Brown to Bachoo, dated August 11, 2002; |
| Exhibit 20 | Letter dated August 19, 2002 from Bachoo to Brown; |
| Exhibit 21 | Resume of Thomasina Carr; |
| Exhibit 22 | Plaintiff's Responses to Interrogatories, dated April 14, 2003; |
| Exhibit 23 | Affidavit of Wendy Wilton, dated October 15, 2007; |
| Exhibit 24 | Amended Answer, dated March 5, 2003; |
| Exhibit 25 | Returns of Service in Brown v. CCSU; |
| Exhibit 26 | Brown v. CCSU Deposition Exhibit 3. |

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487

## CERTIFICATION

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Index of Evidence in Support of Motion for Summary Judgment was sent via first class mail, postage prepaid, this 15th day of November, 2007 to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____
Joseph A. Jordano
Assistant Attorney General