**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO.  3:02CV1516(CFD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE | : | |
| UNIVERSITY, DR. RICHARD JUDD, | : | |
| RICHARD BACHOO and | : | |
| CAROLYN MAGNAN | : | |
| *Defendants* | : | November 15, 2007 |

**<u>NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT
AS REQUIRED BY LOCAL RULE OF CIVIL PROCEDURE 56(b)</u>**

The purpose of this notice, which is required by the Court, is to notify you that the defendants have filed a motion for summary judgment asking the Court to dismiss all or some of your claims without a trial.  The defendants argues that there is no need for a trial with regard to these claims because no reasonable jury could return a verdict in your favor.

THE DEFENDANTS' MOTION MAY BE GRANTED AND YOUR CLAIMS MAY BE DISMISSED WITHOUT FURTHER NOTICE IF YOU DO NOT FILE PAPERS AS REQUIRED BY RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE 56 OF THE LOCAL RULES OF CIVIL PROCEDURE. COPIES OF THESE RULES ARE ATTACHED TO THIS NOTICE AND YOU SHOULD REVIEW THEM VERY CAREFULLY.

The papers you file must show that (1) you disagree with the defendants' version of the facts; (2) you have evidence contradicting the defendants' version; and (3) the evidence you rely on, if believed by a jury, would be sufficient to support a verdict in your favor.

To make this showing, you must file one or more affidavits disputing the defendants' version of the facts.  An affidavit is a sworn statement by a witness that the facts contained in the affidavit are true to the best of the witness's knowledge and belief.  To be considered by the Court, an affidavit must be signed and sworn to in the presence of a notary public or other person authorized to administer oaths.  In addition to these affidavits, you may also file deposition transcripts, responses to discovery requests, and other evidence that supports your claims.

If you fail to submit evidence contradicting the defendants' version of the facts, your claims may be dismissed without further notice.  It is therefore very important that you read the defendants' motion, memorandum of law, affidavits, and other evidentiary materials to see if you agree or disagree with the defendants' version of the relevant facts. It is also very important that you review the enclosed copy of Rule 56 of the Local Rules of Civil Procedure carefully.  This rule provides detailed instructions concerning the papers you must file in opposition to the defendants' motion, including how you must respond to specific facts the defendants claim are undisputed (see Rule 56(a)(2)) and you must support your claims with specific references to evidence (see Rule 56(a)(3)).  If you fail to follow these instructions, the defendants' motion may be granted.

You must file your opposition papers with the Clerk of the Court and mail a copy to the defendants' counsel within 21 days of the filing of the defendants' motion with the Clerk of the Court.  This 21-day period is extended an additional three days if any of the conditions of Rule 6(e) of the Federal Rules of Civil Procedure are met (for example, if you received the defendants' motion by mail or overnight delivery service).

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:    _____

Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail :
Joseph.Jordano@po.state.ct.us


## **CERTIFICATION**

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy

of the foregoing  Notice to Pro Se Litigant Opposing Motion for Summary Judgment as Required

by Local Rule of Civil Procedure 56(b) was mailed, first class postage prepaid,  this 15th   day of

November, 2007 to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074




_____
Joseph A. Jordano
Assistant Attorney General