UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN,  *Plaintiff*, | : CASE NO. 3:02CV1516(CFD) :  : |
| v. | : : |
| CENTRAL CONNECTICUT STATE UNIVERSITY, DR. RICHARD JUDD, RICHARD BACHOO and CAROLYN MAGNAN  *Defendants* | : : : : : December 19, 2007 |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY TO DISPOSITIVE MOTION

COMES NOW, defendants Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan, through counsel and responds to plaintiff's motion for extension of time to respond to defendants' dispositive motion, dated December 17, 2007 as follows:

1. Plaintiff, proceeding pro se, represents in paragraph 10 of his motion that he "contacted defendants through their attorney of record…." The undersigned respectfully represents to the Court that he received neither an e-mail nor a voice mail message from the pro se plaintiff regarding this motion. The undersigned reminds the Court that the plaintiff is proceeding pro se but is an attorney, albeit not a practicing one, who should be familiar with the Local Rules of Civil Procedure.

2. The defendants filed their Motion for Summary Judgment on November 15, 2007. Plaintiff's response to the defendants' dispositive motion was due on December 6, 2007; therefore plaintiff's motion for extension of time is untimely.

3.     Among the items mailed to the pro se plaintiff on November 15, 2007 was a 'Notice to Pro Se Litigant Opposing Motion for Summary Judgment as Required by Local Rule of Civil Procedure 56(b).'  It, inter alia, informed the plaintiff that, "You MUST file your opposition papers with the Clerk of the Court and mail a copy to the defendants' counsel within 21 days of the filing of the defendants' motion….."

4.     Plaintiff's representation at paragraph 7 of his motion that "….he is a party Plaintiff in two other cases pending before this court and that these matters will consume a great deal of Plaintiff's time between now and the requested due date" is disingenuous.  The matter of Jewel Brown v. CHRO, et al. 3:02CV0223(CFD) is pending a ruling from the Honorable Judge Christopher F. Droney and therefore no action on the part of the plaintiff is necessary.  In the matter of Brown v. DPW, et al., 3:06CV0142(CFD), there is a pending motion to compel, which has been fully briefed, and therefore plaintiff's representation to the Court of consuming a great deal of time is not factually accurate.

5.     The undersigned concedes the point that there were a number of extensions of time granted to the defendants in this matter.  However, plaintiff is well aware those extensions were based upon connection to another one of his own litigation matters, Brown v. CHRO.

6.     The undersigned takes no position on the plaintiff's motion for extension of time and leaves it to the discretion of the Court.  Defendants' sole intent is to clarify and correct the plaintiff's representation in paragraph 10 of his motion.

2

DEFENDANTS,

CENTRAL CONNECTICUT STATE UNIVERSITY, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of December, 2007 a copy of the foregoing was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____
Joseph A. Jordano
Assistant Attorney General

3