IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jewel E. Brown, <br> PLAINTIFF. | ) <br> ) <br> ) |
| VS    Docket # 3:02CV1516 (CFD) | ) <br> ) |
| The State of Connecticut, et al., <br> DEFENDANTS. | ) <br> ) <br> ) March 26, 2008 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

COMES NOW, Plaintiff and respectfully moves the court for an extension of time to and including June 30, 2008 to file his response to Defendants' dispositive motion filed in this matter on or about the 15th day of November 2007 and in support of said motion, Plaintiff alleges and states as follows:

(1) This matter was filed by Plaintiff on or about the 29th day of August 2002 and was initially assigned to the Honorable Stafan R. Underhil, United States District Court Judge, District of Connecticut, at Bridgeport.

(2) Thereafter, pursuant to various motions filed by Plaintiff, Judge Underhill entered his order on or about August 29 2003 transferring this matter to this Court's docket.

(3) Subsequent to accepting jurisdiction over this matter, this Court entered numerous scheduling orders including a number of repetitive orders granting defendants extensions of time to file their dispositive motion.

(4) The first of these orders extending the time period in which defendants' were to file their dispositive motion was entered on or about the June 6, 2005.

(5) Thereafter, commencing on or about the 6th day of June 2003 and continuing to the 15th day of November 2007, this court granted defendants ten (10) extensions of time, covering a period of roughly forty (40) months, to prepare and file their dispositive motion.

(6) Plaintiff has sought and received an initial extension of time of a period of ninety (90) days for the period ending March 30, 2008.

(7) In support of this Motion, Plaintiff states that he has been sick for the period commencing on or about February 20, 2008 and continuing thereafter and that despite numerous previous visits to doctors and hospitals, Plaintiff's condition remains largely undiagnosed and as a direct result of said illness, Plaintiff has been placed mainly on sick leave since March 1, 2008 and has no idea as to when he will be authorized to return to work.

(8) Additionally, Plaintiff states that pursuant to Local Rule 7 (b) he has contacted defendants' Attorney and that the parties agreed that in exchange for Plaintiff agreeing not to seek any additional extensions in this matter, defendants' would support Plaintiff's Motion for this Extension.

(9) Hence, Plaintiff submits that granting the requested extension will not prejudice defendants in the least but, on the other hand, a denial of the requested extension would be tantamount to giving defendants an unconscionable advantage over Plaintiff inasmuch as this Court granted defendants eighteen months of extensions to file their motion.  However, in contrast Plaintiff would be required to response in a substantial shorter period.

2

(10) Moreover, Plaintiff represents to the court that he is a party Plaintiff in two other cases pending before this court and that these matters will consume a great deal of Plaintiff's time between now and the requested due date; especially in light of the Court's recent ruling.

(11) Additionally, Plaintiff notes that the pending action raises substantial and perplexing issues that will require substantial legal research.

(12) Again, Plaintiff calls the court's attention to the fact that he proceeding pro se in this matter.

WHEREFORE, premises considered, Plaintiff prays that this court enters his order granting Plaintiff to and including June, 30, 2008 to file his response to defendants' dispositive Motion and for all other necessary and proper relief.

Respectfully Submitted,
Jewel E. Brown.
By: _____
    Jewel E. Brown, pro se
    21 BREWSTER
    SOUTH WINDSOR, CT. 06074
    PHONE (860) 543-9806
    FAX (860) 644-6551
    E-MAIL: employmentpa@aol.com

### CERTIFICATE OF SERVICE

Plaintiff hereby certifies that he has caused a copy of the foregoing Motion for an Extension of Time to file Plaintiff's Response to Defendants' dispositive Motion to be served upon Defendants' Attorneys this 15th day of September, 2007 by depositing a copy of the same in U. S. mail, postage prepaid, and addressed to Defendant' Attorney whose address is 55 Elm Street, Post Office Box 120, Hartford, CT 06141-0120.

Respectfully submitted
By: _____
Jewel Brown, pro se

3