UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN,<br>*Plaintiff,*<br><br>v.<br><br>CENTRAL CONNECTICUT STATE<br>UNIVERSITY, DR. RICHARD JUDD,<br>RICHARD BACHOO and<br>CAROLYN MAGNAN<br>*Defendants* | : CASE NO. 3:02CV1516(CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: July 8, 2008 |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Jewel Brown, and Defendants, Central Connecticut State University, Dr. Richard Judd, Richard Bachoo and Carolyn Magnan, jointly present this motion requesting that the above-entitled action be dismissed with prejudice on all counts. In support, the parties represent to the Court the following:

1. The parties have engaged in settlement discussions. The pro se plaintiff has expressed that he wishes now to dismiss the complaint in its entirety. In return, the plaintiff requests that the security bond that he posted be returned to him. A motion for the return of the security bond to the plaintiff accompanies this joint motion.

2. Based upon the plaintiff's representation that he wishes to withdraw the complaint, with prejudice, the parties respectfully move that this Court grant the motion and the matter be dismissed with prejudice.

3. The parties have agreed that each party will bear his own, or its own, costs and fees.

WHEREFORE, the parties pursuant to Rule 41(a) by stipulation do hereby dismiss the above-referenced case with prejudice.

1

PLAINTIFF,
JEWEL BROWN

7/16/08
DATE

BY: *[signature]*
Jewel Brown, pro se
21 Brewster Road
South Windsor, CT 06074
Tel: (860) 543-9806
E-mail: employmentpa@aol.com

DEFENDANTS,

7/16/08
DATE

BY: *[signature]*
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax.: 860-808-5383
Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487

## CERTIFICATION

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Joint Motion for Dismissal with Prejudice was ~~sent via first class mail,~~ hand delivered ~~postage prepaid,~~ this 16 day of July, 2008 to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT 06074


_____
Joseph A. Jordano
Assistant Attorney General